**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JACK K. LEWIS, III,             ) | |
|                                  ) | |
|      Plaintiff,                 ) | |
|                                  ) | |
|   vs.                            ) | Case No. 4:25-cv-1894-MTS |
|                                  ) | |
| THE WALT DISNEY COMPANY, *et al.*, ) | |
|                                  ) | |
|      Defendants.                ) | |

### MEMORANDUM AND ORDER

Federal law requires those instituting a civil action to pay a filing fee. *See* 28 U.S.C. § 1914(a). If the litigant is unable to do so, a litigant may seek to proceed *in forma pauperis*, that is, to proceed without prepayment of fees. *See id.* § 1915(a)(1). Plaintiff Jack K. Lewis, III followed the latter approach and filed an Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [2]. The problem is that Plaintiff ignored nearly every question on the Application. *See id.* He provided no answer to questions 2, 4, 5, 6, 7, and 8. The Court therefore cannot determine whether to allow him to proceed *in forma pauperis*. *See Mills v. City of St. Louis*, 4:25-cv-1219-MTS, 2025 WL 2374293, at *1 (E.D. Mo. Aug. 13, 2025).

The Court will provide Plaintiff thirty (30) days by which to pay the $405 filing fee or fully complete and file another application to proceed in district court without prepaying fees or costs. *See id.* The Court reminds Plaintiff that the declarations he makes on the Application are made under penalty of perjury. *See* 18 U.S.C. § 1621 (providing penalties

for perjury); *see also* Fed. R. Civ. P. 11(b)–(c) (allowing for sanctions for misrepresentations made to the court).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED**. No later than **Thursday**, **February 05, 2026**, Plaintiff must pay the $405 filing fee or carefully complete another application to proceed in district court without prepaying fees or costs, in its entirety, and file it with the Court.

**Plaintiff's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.**

Dated this 6th day of January 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE